396 A.2d 839

Nernberg, et ux., Appellants, v. Economy Heating and
Air Conditioning Company, Inc.

Argued October
25, 1978.   Maurice A. Nernberg, Jr., for appellants;   Marvin
Schreiber, for appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY,
JJ.

Order affirmed.